

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos.   02-19-00402-CR
02-19-00403-CR

RUDY RODRIGUEZ, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 371st District Court
Tarrant County, Texas
Trial Court No. 1567850D, 1567852D

---

### ORDER

On the court's own motion, it is ORDERED that the trial court clerk deliver the original of Defendant's Exhibit No. 17 (Flash drive containing surveillance video) to this court no later than **Monday, June 14, 2021**.

The exhibit will be returned to the trial court upon issuance of the mandate.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court clerk, and the court reporter.

Dated June 2, 2021.

Per Curiam